UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

**REGINALD ALAN DAVIS**                                         **JUDGMENT IN A CIVIL CASE**

**V.**

**CITY OF MEMPHIS FIRE**                                        **CASE NO: 11-3076-A**
**DEPARTMENT, et al.**

---

**JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS SO ORDERED AND ADJUDGED** in accordance with the jury verdict rendered on August 19, 2013, judgment is hereby entered in favor of the defendants, City of Memphis Fire Department, et al., and against the plaintiff, Reginald Alan Davis, thereby dismissing this cause.

**APPROVED:**

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT**

**DATE: 8/20/2013**                                             THOMAS M. GOULD
                                                                **Clerk of Court**

                                                                  s/Terry L. Haley
                                                                **(By)  Deputy Clerk**